# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM S32686** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Vaugh M. COOK** | ) | |
| **Senior Airman (E-4)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 1** |

On 21 July 2021, Appellant submitted a Motion to Withdraw from Appellate Review and Attach Document. Specifically, Appellant moved to attach DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 21 July 2021. Additionally, Appellant moved to attach the entry of judgment, dated 22 March 2021; the Statement of Trial Results, dated 25 January 2021; the convening authority's Decision on Action memorandum, dated 26 February 2021; and the convening authority's Decision on Action memorandum, dated 19 March 2021, which "replace[d] [the] previous memo in this case, dated 26 February 2021." The Government did not submit any opposition.

Accordingly, it is by the court on this 27th day of July, 2021,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach Document is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch, AFLOA/JAJM, for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2019 ed.).

FOR THE COURT

NATALIA A. ESCOBAR, Capt, USAF
Deputy Clerk of the Court